TIMOTHY J. YOO (SBN 155531)
DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
E-mail: tjy@lnbyb.com;dhr@lnbyb.com

Attorneys for Alberta Stahl, solely in her capacity as Chapter 7 Trustee

FILED & ENTERED

SEP 15 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RICKY WAYNE STOCKON, AKA RICK W STOCKTON AND RICK STOCKTON<br><br>　　　　　　Debtor. | Case No. 2:10-bk-43715-ER<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER APPROVING STIPULATION AUTHORIZING CERTAIN ACTIONS BY, AND RESOLVING CLAIMS OF, MELANIE COTO, TELE-INTERPRETERS ON CALL, INC., AND SYCAMORE SERVICES, LLC**<br><br>DATE: September 15, 2010<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1568 |

Having considered the Trustee's Motion For Order Approving Stipulation Authorizing Certain Actions By, And Resolving Claims Of, Melanie Coto, Tele-Interpreters On Call, Inc., And Sycamore Services, LLC (the "Motion"), the Debtor's opposition and argument of counsel at the hearing on September 15, 2010, at 10 a.m., and for those reasons as set forth in the court's tentative ruling which is incorporated herein as though set out in full, and for cause shown,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is hereby approved in its entirety and the Trustee is authorized and directed to act in accordance therewith;

2. The automatic stay instituted upon the filing of the Debtor's petition be, and the same is, hereby vacated pursuant to 11 U.S.C. § 362(d) so as to permit the Coto Parties to take all actions consistent with, or permitted or required by the Arbitration Award, including, without limitation, the rescission of the Stock Grants and Membership Interest, rescission of the Operating Agreement, disbursement of related proceeds from all accounts affected thereby to the Coto Parties, and any of them, issuance of all applicable tax reports and returns, and submission of the Arbitration Award for confirmation and issuance of judgment, and prosecute the Remaining Claims in the Arbitration as set forth in the Arbitration Award;

3. The Operating Agreement be, and the same is, hereby rejected and terminated;

4. The Trustee and the Coto Parties, without seeking additional authority from this Court, are hereby authorized to execute any and all documents necessary to effectuate the terms of the Stipulation; and

5. The stay of the effectiveness of this order for relief ordinarily imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived solely for the purpose of issuance of all applicable tax reports and returns and exhibits to the Stipulation relating thereto and without prejudice to the Debtor's rights to seek a stay or review on appeal.

# # #

DATED: September 15, 2010

_____
United States Bankruptcy Judge

| In re:                          | Case No. 2:10-bk-43715-ER |
|---------------------------------|---------------------------|
| STOCKTON, RICKY WAYNE, Debtor   | Chapter 7                 |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING TRUSTEE'S MOTION FOR ORDER APPROVING STIPULATION AUTHORIZING CERTAIN ACTIONS BY, AND RESOLVING CLAIMS OF, MELANIE COTO, TELE-INTERPRETERS ON CALL, INC., AND SYCAMORE SERVICES, LLC was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 15, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Joshua Holt    josh.holt@bingham.com
- Daniel H Reiss    dhr@lnbrb.com
- Ronald M St Marie    rstmarie@dollamir.com, kfulsher@dollamir.com;jhamill@dollamir.com
- Alberta P Stahl (TR)    trusteestahl@earthlink.net, astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Mark T Young    myoung@donahoeyoung.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: