UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
STOCKON, RICKY WAYNE § Case No. 2:10-43715 ER
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALBERTA P. STAHL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
255 E. TEMPLE STREET, ROOM 940
LOS ANGELES, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:00AM on OCTOBER 24, 2012 in Courtroom 1568, UNITED STATES BANKRUPTCY COURT, located at 255 E. TEMPLE STREET, LOS ANGELES, CA 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party of interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 08/28/2012              By: /s/ ALBERTA P. STAHL
                                              TRUSTEE


ALBERTA P. STAHL
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:  §
 §
 §
STOCKON, RICKY WAYNE  §   Case No. 2:10-43715 ER
 §
 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                          $

and approved disbursements of                               $

leaving a balance on hand of[1]                             $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 | $ | $ | $ | $ |

Total to be paid to secured creditors                       $_____

Remaining Balance                                           $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ALBERTA P. STAHL | $ | $ | $ |
| Trustee Expenses: ALBERTA P. STAHL | $ | $ | $ |
| Attorney for Trustee Fees: LEVENE NEALE RANKIN YOO & BRILL, LLP | $ | $ | $ |
| Attorney for Trustee Expenses: LEVENE NEALE RANKIN YOO & BRILL, LLP | $ | $ | $ |
| Accountant for Trustee Fees: HAHN FIFE & COMPANY, LLP | $ | $ | $ |
| Accountant for Trustee Expenses: HAHN FIFE & COMPANY, LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | INTERNAL REVENUE SERVICE<br>300 NORTH LOS ANGELES STREET<br>M/S 5022<br>LOS ANGELES, CA 90012 | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | JERALD SCHNEIDER CPA<br>28770 CITRUS PLACE<br>SANTA CLARITA, CA 91390-4126 | $ | $ | $ |
| 000003 | SANDLER AND ROSEN LLP<br>1801 AVENUE OF THE STARS 510<br>LOS ANGELES CA 90067 | $ | $ | $ |
| 000004 | LATHAM AND WATKINS LLP<br>355 S GRAND AVE SUITE 700<br>LOS ANGELES CA 90071-1560 | $ | $ | $ |
| 000006 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | $ | $ | $ |
| 000007 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | MELANIE COTO<br>C/O BINGHAM MCCUTCHEN LLP<br>ATTN: MICHAEL A. SHERMAN<br>355 S. GRAND AVE STE 4400<br>LOS ANGELES CA 90071-3106 | $ | $ | $ |
| 000009 | CALL, INC.<br>C/O BINGHAM MCCUTCHEN LLP<br>ATTN: MICHAEL A. SHERMAN<br>355 S. GRAND AVE STE 4400<br>LOS ANGELES CA 90071-3106 | $ | $ | $ |
| 000010 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $ | $ | $ |
| 000011 | MARY L STOCKTON<br>24432 A HAMPTON DR<br>VALENCIA CA 91355 | $ | $ | $ |
| 000012 | ROCKY ROMERO<br>1888 CENTURY PARK EAST # 1106<br>LOS ANGELES CA 90067 | $ | $ | $ |
| 000005B | INTERNAL REVENUE SERVICE<br>300 NORTH LOS ANGELES STREET<br>M/S 5022<br>LOS ANGELES, CA 90012 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

   Tardily filed claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/ALBERTA P. STAHL
                 TRUSTEE

ALBERTA P. STAHL
221 N. Figueroa Street
Suite 1200
Los Angeles, CA 90012

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.